[No. 5177–3–III. Division Three. March 20, 1984.]

STEPHAN S. NEIFFER, *Appellant,* v. JAGUAR ROVER TRIUMPH, INC., ET AL, *Defendants,* PONTIAC CITY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–04466–5, Marcus M. Kelly, J.,

entered April 15, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and McInturff, J.